AO91 (Rev. 12/03) Criminal Complaint **Felony** AUSA

United States District Court
Southern District of Texas
**FILED**

# UNITED STATES DISTRICT COURT

MAR - 9 2019

Southern District Of Texas Brownsville Division

David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Julio Cesar GONZALEZ-Gonzalez
A096 175 829 Mexico
AKA Julio GONZALEZ-Gonzalez

**CRIMINAL COMPLAINT**

Case Number: B-19- **332-MJ**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 08, 2019__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Hidalgo County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Donna, Texas on March 08, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 02/15/2013. The defendant was convicted of Possession of Marijuana 50LBS and greater than 5LBS on 08/28/2003. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $5.00 USD at time of apprehension.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_Signature of Complainant_

Ramirez, Jesus M.   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

March 09, 2019 at Brownsville, Texas
Date   City/State

Ignacio Torteya III   U.S. Magistrate Judge
Name of Judge   Title of Judge   Signature of Judge